**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6801**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOMAINE MARTIN,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr., Senior District Judge.  (6:93-cr-00122-FWB-1)

Submitted:  May 30, 2007                    Decided:  July 10, 2007

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Domaine Martin, Appellant Pro Se.  John Warren Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Domaine Martin appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3585(b) (2000) for credit for prior custody.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Martin</u>, No. 6:93-cr-00122-FWB-1 (M.D.N.C. Mar. 29, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>